**HENRY COFFEE v. BERA L. COFFEE**

10 So. (2nd) 431                     Division B

November 13, 1942

R. Percy Jones and E. M. Magaha, for appellant.
Watt Lawler, for appellee.

PER CURIAM:

This appeal is from a final decree dismissing a bill for divorce, the charge being adultery. The evidence has been examined and reveals nothing more than suspicion based on circumstantial evidence that fails to show guilt.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.